USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

- against -

DR. JOSEPH F. "CHIP" SKOWRON III; and
DR. YVES M. BENHAMOU,

           Defendants,

- and -

FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P.;
FRONTPOINT HEALTHCARE HORIZONS FUND, L.P.;
FRONTPOINT HEALTHCARE I FUND, L.P.;
FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P.;
FRONTPOINT HEALTHCARE LONG HORIZONS FUND, L.P.; and
FRONTPOINT HEALTHCARE CENTENNIAL FUND, L.P.,

           Relief Defendants.

Civil Action No.
10-CV-8266 (DAB)

ECF CASE

---

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned, a member of the law firm of Wiggin and Dana LLP, hereby states that Andrew B. Dean is no longer with the firm of Wiggin and Dana LLP and has voluntarily withdrawn as counsel of record for relief defendants Frontpoint Healthcare Flagship Fund, L.P., Frontpoint Healthcare Horizons Fund, L.P., Frontpoint Healthcare I Fund, L.P., Frontpoint Healthcare Flagship Enhanced Fund, L.P., Frontpoint Healthcare Long Horizons Fund, L.P. and Frontpoint Healthcare Centennial Fund, L.P.. The undersigned further requests that Andrew B. Dean be removed from all future e-mail notifications and communications from the Court relating to this action. Wiggin and Dana LLP will continue to represent relief defendants.

Dated: New York, New York
March 20, 2013

Respectfully submitted,

*(signature)*

Scott D. Corrigan (scorrigan@wiggin.com)

WIGGIN AND DANA LLP
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 490-1700
Fax:   (212) 490-0536
*Counsel for Relief Defendants*

SO ORDERED this __13th__ day of __May__, 2013

*(signature)*

Hon. Deborah A. Batts
United States District Judge