# EXHIBIT A



3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

October 28, 2013

Matthew Skidmore, Esq.
U.S. Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

Re:  SEC v Dr. Joseph F. "Chip" Skowron III, et al., Civil Action No. 10-CV-8266 (DAB)
　　　Client Matter Number 3858
　　　Invoice: 3858-1

Invoice for professional services and case specific expenses incurred through September 22, 2013 in connection with the initial notification phase for the above referenced matter.

*Professional Service Fees*

| | |
|---|---:|
| **Consult and Coordinate Case Administration Plan with the Commission** | $ 4,298.75 |
| **Design and Draft Case Documents** | $ 16,243.81 |
| • Distribution Plan | |
| • Summary Notice for Publication | |
| • Notice of Settlement and Distribution | |
| • General Instructions | |
| • Proof of Claim Form | |
| • Frequently Asked Questions | |
| **Handle All Returned Undeliverable Mail ("RUM")** | $ 1,638.76 |
| • Create database to track RUM | |
| • Record RUM returned with forwarding address and prepare for remail | |
| • Search non forwardable RUM and remail to new address | |
| **Customize Case Software with calculation methodology** | $ 9,600.00 |
| **Design, Build and Maintain Fair Fund Webpage** | $ 546.25 |
| • Include links to the Notice, Proof of Claim Form, FAQs and Commissions Website | |
| **Broker/Nominee Solicitations Correspondence** | $ 4,431.75 |
| • Create claimant mailing database | |
| **Professional Service Fees Subtotal** | **$ 36,759.32** |

*Case-Specific Expenses*

| | | |
|---|---:|---:|
| Economist – FMA, LLC | $30,950.00 | |
| Printing and Mailing Notice Packet | 15,533.91 | |
| Postage Incurred to Date | 14,310.77 | |
| Claimant Support | 944.06 | |
| Email Notification | 11.22 | |
| NCOA/Address Searches | 254.61 | |
| Broker/Nominee Reimbursement | 4,344.41 | |
| PRNewswire – press release | 1,523.75 | |
| **Case-Specific Expenses Subtotal** | | **$ 67,872.73** |

| | |
|---|---:|
| **Total Amount Due for Services** | **$104,632.05** |

We pride ourselves on being a trusted resource and on providing outstanding service to our clients.  Please feel free to contact our Case Manager, Nashira Washington, directly at [nashira.washington@gilardi.com](mailto:nashira.washington@gilardi.com) or by phone at (415) 458-3062, with any questions or concerns.