**EXHIBIT B**



3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

April 7, 2014

Matthew Skidmore, Esq.
U.S. Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

Re: SEC v Dr. Joseph F. "Chip" Skowron III, et al., Civil Action No. 10-CV-8266 (DAB)
Client Matter Number 3858
Invoice: 3858-2

Invoice for professional services and case specific expenses incurred from September 23, 2013 through March 23, 2014 in connection with the initial notification phase for the above referenced matter.

*Professional Service Fees*

| | |
|---|---:|
| **Consult and Coordinate Case Administration Plan with the Commission** | $ 1,068.76 |
| **Handle All Returned Undeliverable Mail ("RUM")** | $ 516.50 |
| • Create database to track RUM | |
| • Record RUM returned with forwarding address and prepare for remail | |
| • Search non forwardable RUM and remail to new address | |
| **Claims Processing** | **$ 17,299.66** |
| • Receive, record and verify claims submitted | |
| • Apply case-specific damage plan to claims | |
| • Evaluate and determine claim eligibility | |
| • Review and resolve exceptions | |
| **Professional Service Fees Subtotal** | $ 18,884.92 |

*Case-Specific Expenses*

| | |
|---|---:|
| Postage Incurred to Date | $ 513.24 |
| Claimant Support | 1,319.35 |
| NCOA/Address Searches | 6.29 |
| Broker/Nominee Reimbursement | 563.45 |
| External Review | 2,865.00 |
| Case-Specific Expenses Subtotal | $ 5,267.33 |

| | |
|---|---:|
| **Total Amount Due for Services** | **$ 24,152.25** |

We pride ourselves on being a trusted resource and on providing outstanding service to our clients. Please feel free to contact our Case Manager, Nashira Washington, directly at nashira.washington@gilardi.com or by phone at (415) 458-3062, with any questions or concerns.