USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DR. JOSEPH F. "CHIP" SKOWRON III; and<br>DR. YVES M. BENHAMOU,<br><br>Defendants,<br>and<br><br>FRONTPOINT HEALTHCARE FLAGSHIP FUND, L.P.;<br>FRONTPOINT HEALTHCARE HORIZONS FUND, L.P.;<br>FRONTPOINT HEALTHCARE I FUND, L.P.;<br>FRONTPOINT HEALTHCARE FLAGSHIP ENHANCED FUND, L.P.;<br>FRONTPOINT HEALTHCARE LONG HORIZONS FUND, L.P.;<br>And<br>FRONTPOINT HEALTHCARE CENTENNIAL FUND, L.P.,<br><br>Relief Defendants. | Civil Action No.<br>10-cv-8266 (DAB)<br><br>ECF CASE |

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account under the case name designation "SEC v. Joseph F. "Chip" Skowron III, et al." for the amount of

$1,178.02 payable to Damasco and Associates, LLP for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation, "SEC v. Skowron, Case No. 10cv8266, Inv 5803."

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 2/3/16

*Deborah A. Batts*
UNITED STATES DISTRICT JUDGE