# EXHIBIT A



**Gilardi**
**& Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

March 8, 2016
Revised April 20, 2016

Susan S. Pecaro, Esq.
U.S. Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

Re:  SEC v Dr. Joseph F. "Chip" Skowron III, et al., Civil Action No. 10-CV-8266 (DAB)
    Client Matter Number 3858
    Invoice: 3858-4

Invoice for professional services and case specific expenses incurred from October 1, 2014 through February 28, 2016 in connection with the claims administration and distribution of Fair Fund for the above referenced matter.

*Professional Service Fees*

| | |
|---|---|
| **Consult and Coordinate Case Administration Plan with the Commission** | **$ 2,449.82** |
| **Claims Processing** | **$ 1,660.11** |

- Receive, record and verify late claims submitted
- Apply case-specific damage plan to claims
- Evaluate and determine claim eligibility
- Review and resolve exceptions

| | |
|---|---|
| **Professional Service Fees Subtotal** | **$ 4,109.93** |

*Case-Specific Expenses*

| | | |
|---|---|---|
| **Postage Incurred to Date** | **$    54.04** | |
| **Broker/Nominee Reimbursement** | **701.57** | |
| **Claimant Support** | **890.63** | |
| **Case-Specific Expenses Subtotal** | | **$ 1,646.24** |

| | |
|---|---|
| **Total Amount Due for Services** | **$ 5,756.17** |

We pride ourselves on being a trusted resource and on providing outstanding service to our clients.  Please feel free to contact our Case Manager, Nashira Washington, directly at nashira.washington@gilardi.com or by phone at (415) 458-3062, with any questions or concerns.